**00–411.   State ex rel. Gilbert v. Consol. Stores Corp.**
Franklin App. No. 99AP–86. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

IT IS FURTHER ORDERED that the parties are to bear their respective costs herein expended; and that a mandate be sent to the Court of Appeals for Franklin County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Franklin County for entry.

*Monday, April 9, 2001*

## MOTION DOCKET

**01–635.   Hill v. McClendon.**
Cuyahoga App. No. 76871. Appellant filed a notice of appeal which states that this appeal involves a termination of parental rights. Upon review of the opinion of the court of appeals, it has been determined that this appeal does not involve a termination of parental rights. Accordingly,

IT IS ORDERED by the court that the case shall not proceed under the expedited provisions for cases involving termination of parental rights or adoption of a minor child.

IT IS FURTHER ORDERED by the court that appellees' memorandum in response will be due no later than May 2, 2001.

## MISCELLANEOUS DISMISSALS

**01–192.   State ex rel. Frederick v. Conrad.**
Franklin App. No. 00AP–477. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due April 4, 2001, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte.*

**01–630.   State v. Wren.**
Richland App. No. 96CA72. Appellant has filed a motion for delayed appeal of a decision of the Court of Appeals for Richland County denying his application for reopening. Whereas S.Ct.Prac.R. II(2)(A)(4)(b) prescribes that the provision for delayed appeal does not apply to appeals involving postconviction relief, including appeals of applications for reopening brought pursuant to App.R. 26(B),

IT IS ORDERED by the court, *sua sponte,* that this case be, and hereby is, dismissed.